JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUNG HUYNH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; KEN GRODY FORD; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 8:21-cv-01768-CJC-DFM<br><br>District Judge: Hon. Cormac J. Carney<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff TRUNG HUYNH ("Plaintiff") accepted Defendants FORD MOTOR COMPANY Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 29, 2022.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

　　**IT IS SO ORDERED.**

Date: February 27, 2023

　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　District Court Judge

1

**JUDGMENT**